

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00194-CR

**EX PARTE** Gerald Simon **GONZALES**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            H. Todd McCray, Justice

Delivered and Filed: April 9, 2025

DISMISSED FOR WANT OF JURISDICTION

On March 26, 2025, Petitioner, Denise Balbaneda, filed a petition for a writ of habeas corpus on behalf of applicant, Gerald Simon Gonzales. Gonzales was arrested for assault on January 27, 2025 and is currently being detained at the Atascosa County Jail. We dismiss the petition for a writ of habeas corpus for lack of jurisdiction.

Intermediate courts of appeal do not have original habeas jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (original habeas jurisdiction of the courts of appeals is limited to cases in which a person's liberty is restrained because they violated an order, judgment, or decree entered in civil case); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.05 (granting exclusive jurisdiction to consider original petitions for writs of habeas corpus to the court of criminal appeals, the district courts, county courts, and judges sitting on such courts). The

---

[1]This proceeding arises out of Cause No. 25-02-0145-CVA, styled *The State of Texas v. Gerald Simon Gonzales*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Russell Wilson presiding.

Court's jurisdiction to consider habeas petitions in criminal matters is appellate only. TEX. GOV'T CODE ANN. § 22.221(d). As such, we lack jurisdiction in this matter. *See* TEX. GOV'T CODE ANN. § 22.221(d); *In re Neal*, 653 S.W.3d 346, 346 (Tex. App.—Dallas 2022, orig. proceeding); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding).

The Court, having considered the petition, the record, and applicable law, concludes that we lack jurisdiction to issue the requested relief. *See* TEX. GOV'T CODE ANN. § 22.221(d); *In re Neal*, 653 S.W.3d at 346; *In re Spriggs*, 528 S.W.3d at 236. Accordingly, we dismiss this original proceeding for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH